UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SKYLER SHIPLEY,                        )
                                       )
                    Plaintiff,         )
                                       )
            v.                         )        No. 1:23-cv-02043-RLY-MJD
                                       )
BLAKE THRASHER, *et al.*,              )
                                       )
                    Defendants.        )

## ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have stipulated to the

dismissal of this action with prejudice.  Under the Federal Rules of Civil Procedure, "no

order is needed to effect a voluntary dismissal."  *Jenkins v. Vill. of Maywood*, 506 F.3d

622, 624 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d

1073, 1078 (7th Cir. 1987) ("The dismissal terminates the case all by itself.").  The court

acknowledges this case is now closed.

**IT IS SO ORDERED** this 18th day of June 2024.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsels of Record.

1